ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
MARCUS M. KERNER, CSBN 107014
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone:  (714) 338-3532
    Facsimile:  (714) 338-3523
    E-Mail: marcus.kerner@usdoj.gov

Attorneys for Defendant

JS - 6

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| BRIGITTA STEINBRECHER, | ) No. ED CV 10-1248 R (OPx) |
|     Plaintiff, | ) |
|     v. | ) <u>ORDER GRANTING DEFENDANT'S</u><br>) <u>MOTION TO DISMISS</u> |
| FBI, | ) |
|     Defendant. | ) DATE: October 4, 2010<br>) TIME: 10:00 a.m.<br>) COURTROOM: 8 |

    Defendant's Motion to Dismiss having come on for hearing on October 4, 2010 before the Honorable Manuel L. Real, and the Court having considered the pleadings on file and the Motion to Dismiss, the Court finds that the plaintiff alleges in her complaint that she presented a claim to the public entity defendant on July 1, 2010.

    Pursuant to 28 U.S.C. §§ 2401(b), and 2675(a) a prerequisite to subject matter jurisdiction in the District Court over an action brought pursuant to the Federal Tort Claims Act is the

passage of six months after the tort claim is presented for administrative consideration, or denial by the federal agency of the Federal Tort Claim, whichever occurs first.  Six months has not elapsed since the alleged tort claim was presented on July 1, 2010.  Accordingly, the Court lacks subject matter jurisdiction.

Defendant's motion to dismiss is granted without prejudice.

Dated this 6th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division


_/S/ MMK_____
MARCUS M. KERNER
Assistant United States Attorney

Attorneys for Defendant

3